IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO. 5: 06-MJ-06-04 (CWH) |
| **JASON T. PHILLIPS**, | VIOLATION: 18 U.S.C. §661 |
| Defendant | |

## ORDER OF DISMISSAL

Upon consideration of the **MOTION FOR DISMISSAL** (Tab #24) filed herein by counsel for the United States, and for cause shown, said motion is GRANTED. This proceeding against defendant JASON T. PHILLIPS is DISMISSED *without prejudice.*[1]

SO ORDERED AND DIRECTED, this 25th day of AUGUST, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1] With this dismissal, all pending motions are denied as moot.